

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-20-00124-CV

Billy **STONE** d/b/a Stobil Enterprise and All Occupants,
Appellant

v.

**K CLARK PROPERTY MANAGEMENT LLC**, Agent for Trans Ventura LLC Series B,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2020CV00366
Honorable J Frank Davis, Judge Presiding

# O R D E R

On February 27, 2020, appellant filed an "Urgent Motion Showing Appeal Bond Timely Filed." Appellant's motion shows that he paid a bond in the amount set by the justice of the peace court associated with his appeal to the county court. This motion does not show that he paid a bond in the amount set by the county court as is required by Texas Property Code section 24.007 to stay the judgment of the county court pending appeal. After consideration, appellant's Urgent Motion Showing Appeal Bond Timely Filed is DENIED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court